UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GLENN D. SCHULTZ, | Civil No. 2:16-cv-800 JLR |
| Plaintiff, | |
| vs. | **ORDER FOR EAJA FEES, COSTS AND EXPENSES** |
| NANCY A. BERRYHILL, ACTING COMMISSIONER of Social Security, | NOTE ON MOTION CALENDAR February 3, 2017 *without oral argument* |
| Defendant. | |

## ORDER

Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, and 28 U.S.C. §1920 and Plaintiff's EAJA petition and the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as well as the stipulation of the parties it is hereby ORDERED that: EAJA attorney's fees of $7,648.83 and expenses of $3.43 ( postage), and costs of $8.60 (copies), for a total of $7,660.86 shall:

1) Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521, 2531-2, 177 L.Ed.2d 91 (2010) and delivered to Plaintiff's counsel, Rosemary B. Schurman; however,

2) If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Fees and pay EAJA fees, costs and expenses directly to Rosemary B. Schurman.

Order for EAJA Fees- 16-800 JLR  page 1

Rosemary B. Schurman, WSBA 11451
Attorney at Law PLLC
8123NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 888-821-0544

Dated this 6th day of February, 2017

_____
JAMES L. ROBART
United States District Judge

Presented by:
s/Rosemary B. Schurman
Rosemary Schurman, WSBA 11451
Attorney for Plaintiff
8123 NE 115 Way, Kirkland, WA 98034
425-821-8577

Approved for Entry:
s/Rosemary B. Schurman (signed per authorization)
Summer Stinson
Special Assistant US Attorney, OGC, SSA
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing on February 3, 2016 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kerry Jane Keefe, Assistant U.S. Attorney, and Office of General Counsel, SSA.

s/Rosemary B. Schurman
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff

Order for EAJA Fees- 16-800 JLR  page 2

Rosemary B. Schurman, WSBA 11451
Attorney at Law PLLC
8123NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 888-821-0544